■ In the Matter of UNITED FEDERATION OF TEACHERS v PUBLIC EMPLOYMENT RELATIONS BOARD.—Motion granted to the extent of amending the last sentence of this court's order, entered on June 12, 1986 (121 AD2d 847), to read: "The clerk is directed to enter judgment in favor of respondents, confirming the determination and granting the application for enforcement thereof." Concur—Kupferman, J. P., Sullivan, Asch, Fein and Wallach, JJ.

■ In the Matter of the Arbitration between EMPIRE MUTUAL INSURANCE COMPANY and BETANCES.—Motion, wherein it seeks leave to appeal to the Court of Appeals, denied as academic; and wherein it seeks reargument, motion granted to extent of recalling and resettling this court's order entered on May 22, 1986 (120 AD2d 993), to have its decretal paragraph read as follows: "It is unanimously ordered that the judgment so appealed from be and the same hereby is reversed, on the law, without costs and without disbursements, and petitioner's application for a stay of arbitration is granted, on constraint of *Barile v Kavanaugh* (67 NY2d 392)."

Resettled order filed. Concur—Ross, J. P., Asch, Fein, Milonas and Ellerin, JJ.

■ In the Matter of the Files of OSCAR GONZALEZ-SUAREZ, a Deceased Attorney.—Petition granted only to the extent of directing the Departmental Disciplinary Committee to inventory certain files of decedent, and to take any necessary action, as indicated. Concur—Sandler, J. P., Fein, Rosenberger, Ellerin and Wallach, JJ.